```
 1
 2
 3
 4
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10   SHEPARD JOHNSON,
11            Plaintiff,              No. CIV S-10-1968 GEB GGH PS
12       vs.
13   CHESTER MITCHELL, et al.,
                                      ORDER
14
15            Defendants.
16   _____/
17            Plaintiff, who proceeds in pro se, moves for leave to file his papers electronically.
18            The local rules of this court provide that "Any person appearing pro se may not
19   utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge."
20   E. D. Cal. L. R. 133(b)(2). Requests to use electronic filing may be submitted as written motions
21   setting out an explanation of reasons for the requested exception. E. D. Cal. L. R. 133(b)(3).
22            Plaintiff's request does not provide reasons supporting his request; however, at
23   hearing plaintiff explained that he has experience using electronic filing in other courts. Plaintiff
24   thus far has not exhibited abuse of the filing process.
25            For good cause shown, plaintiff's motion shall be granted. However, the court
26   will carefully monitor plaintiff's filings to assess their reasonableness. Should the court discern
```

1

1  any unreasonably expansive filings, either in number or volume, this order will be vacated.

2        Accordingly, plaintiff's motion for leave to electronically file all further papers in

3  this case is GRANTED.  Plaintiff shall, within 10 days, register at <www.caed.uscourts.gov> to

4  participate in this court's Case Management /Electronic Case Filing system.

5        IT IS SO ORDERED.

6  DATED: February 4, 2011

                                                   /s/ Gregory G. Hollows

7

                                          GREGORY G. HOLLOWS
8                                           U. S. MAGISTRATE JUDGE

9
  GGH:076/Johnson1968.ecf.wpd
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26